Matter of Nicholas M. (Lisa B.) (2024 NY Slip Op 06343)

Matter of Nicholas M. (Lisa B.)

2024 NY Slip Op 06343

Decided on December 18, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 18, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BARRY E. WARHIT
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2022-08221
 (Docket Nos. N-13733-21, N-13734-21)

[*1]In the Matter of Nicholas M. (Anonymous). Suffolk County Department of Social Services, respondent; Lisa B. (Anonymous), appellant (and another proceeding).

Darla A. Filiberto, Islandia, NY, for appellant.
Christopher J. Clayton, County Attorney, Central Islip, NY (Karin A. Bohrer of counsel), for respondent.
Laurette D. Mulry, Riverhead, NY (John B. Belmonte of counsel), attorney for the child.

DECISION & ORDER
In related proceedings pursuant to Family Court Act article 10, the mother appeals from a decision of the Family Court, Suffolk County (Caren Loguercio, J.), dated June 27, 2022.
ORDERED that the appeal is dismissed, without costs or disbursements, as no appeal lies from a decision (see Schicchi v J.A. Green Constr. Corp., 100 AD2d 509).
The issues raised on the appeal from the decision regarding the neglect finding are addressed on the companion appeal from the order of fact-finding and disposition (see Matter of Nicholas M., ____ AD3d _____ [Appellate Division Docket No. 2023-03702; decided herewith]).
DILLON, J.P., WARHIT, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court